1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEVADA

BRUNO MORABITO,                          )
                                         )          CASE NO.:    2:11-cv-01683-LRH-VCF
                        Plaintiff,       )
                                         )
vs.                                      )
                                         )
METROPOLITAN GROUP PROPERTY              )
AND CASUALTY INSURANCE                   )
COMPANY; DOE INDIVIDUALS 1               )
through 10; ROE CORPORATIONS 11          )
through 20; and ABC LIMITED              )          (Formerly Case No. A-11-648188-C
LIABILITY COMPANIES 21 through 30,       )          in the Eighth Judicial District Court,
Inclusive,                               )          Clark County, Nevada)
                                         )
                        Defendants.      )
                                         )

## STIPULATION AND ORDER TO REMAND TO STATE COURT

IT IS HEREBY STIPULATED by and between the Plaintiff Bruno Morabito and

Defendant, Metropolitan Group Property & Casualty Insurance Company by and through their

undersigned counsel of record, that the above entitled matter be remanded to State Court.

This case has settled between the parties and a Stipulation and Order for Dismissal will be

filed in the State Court action, Case No. A-11-648188-C.

DATED this ____ day of _____, 2011.

**PRINCE & KEATING**                              **LAW OFFICE OF BRIAN D. NETTLES**

_____              _____
RICHARD A. ENGLEMANN                              BRIAN D. NETTLES
Nevada Bar No. 6965                               Nevada Bar No. 7462
3230 So. Buffalo Drive                            1389 Galleria Drive
Suite 108                                         Suite 110
Las Vegas, Nevada 89117                           Henderson, Nevada 89014
Attorneys for Defendant                           Attorneys for Plaintiff
*Metropolitan Group Property*                     *Bruno Morabito*
*& Casualty Insurance Company*

## ORDER

Based Upon the foregoing Stipulation,

IT IS HEREBY ORDERED that this case is remanded back to State Court.

DATED this 16th day of November, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE