```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11                          UNITED STATES DISTRICT COURT
12                           SOUTHERN DISTRICT OF NEVADA
```

| | |
|---|---|
| BRUNO MORABITO, | ) |
| | ) CASE NO.:   2:11-cv-01683-LRH-VCF |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| METROPOLITAN GROUP PROPERTY | ) |
| AND CASUALTY INSURANCE | ) |
| COMPANY; DOE INDIVIDUALS 1 | ) |
| through 10; ROE CORPORATIONS 11 | ) |
| through 20; and ABC LIMITED | ) (Formerly Case No. A-11-648188-C |
| LIABILITY COMPANIES 21 through 30, | ) in the Eighth Judicial District Court, |
| Inclusive, | ) Clark County, Nevada) |
| | ) |
| Defendants. | ) |
| | ) |

### STIPULATION AND ORDER TO REMAND TO STATE COURT

IT IS HEREBY STIPULATED by and between the Plaintiff Bruno Morabito and Defendant, Metropolitan Group Property & Casualty Insurance Company by and through their undersigned counsel of record, that the above entitled matter be remanded to State Court.

This case has settled between the parties and a Stipulation and Order for Dismissal will be

filed in the State Court action, Case No. A-11-648188-C.

DATED this _____ day of _____, 2011.

| | |
|---|---|
| **PRINCE & KEATING** | **LAW OFFICE OF BRIAN D. NETTLES** |
| _/s/_ | _/s/_ 11451 |
| RICHARD A. ENGLEMANN | BRIAN D. NETTLES |
| Nevada Bar No. 6965 | Nevada Bar No. 7462 |
| 3230 So. Buffalo Drive | 1389 Galleria Drive |
| Suite 108 | Suite 110 |
| Las Vegas, Nevada 89117 | Henderson, Nevada 89014 |
| Attorneys for Defendant | Attorneys for Plaintiff |
| _Metropolitan Group Property_ | _Bruno Morabito_ |
| _& Casualty Insurance Company_ | |

## ORDER

Based Upon the foregoing Stipulation,

IT IS HEREBY ORDERED that this case is remanded back to State Court.

DATED this 16th day of November, 2011.

_/s/ Larry R. Hicks_
_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE